E-FILED
Thursday, 22 May, 2008  04:31:04 PM
Clerk, U.S. District Court, ILCD

**FILED**

**MAY 22 2008**

PAMELA E. ROBINSON, CLERK
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## AT ROCK ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal No. 08-40037 |
| v. ) | |
| ) | VIO: Title 18, United States Code, |
| CYRUS ALPHONSO SHELTON, ) | Sections 922 and 924 |
| ) | |
| Defendant. ) | |

### INDICTMENT

**THE GRAND JURY CHARGES:**

On or about February 13, 2008, at Rock Island, in Rock Island County, in the Central

District of Illinois, the defendant,

### CYRUS ALPHONSO SHELTON,

did knowingly possess a firearm that had been shipped or transported in interstate and foreign

commerce, that is, a Titan Tiger .38 caliber revolver, which firearm had the manufacturer's serial

number removed, obliterated, and altered, all in violation of Title 18, United States Code, Section

922(k) and 924(a)(1).

**A TRUE BILL**

S/Foreperson

**FOREPERSON**

S/John Campbell for

**RODGER A. HEATON**
**UNITED STATES ATTORNEY**
**JKM**