E-FILED
Thursday, 03 July, 2008 08:56:14 AM
Clerk, U.S. District Court, ILCD

# United States District Court

CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| Plaintiff | ) |
| | ) |
| | ) CASE NO. **08-40037** |
| | ) |
| **Cyrus Alphonso Shelton** | ) |
| Defendant | ) |

## SCHEDULING ORDER IN CRIMINAL CASE

This matter is set for pretrial conference and disposition of all matters pending prior to trial

at **10:30 AM** on **Friday, August 1, 2008** in person in Rock Island.

This matter is set for Jury Trial at 9:00 A.M. on **Monday, September 2, 2008**

at

[  ] Peoria, Illinois

[XX] Rock Island, Illinois

before the Honorable Joe B. McDade, U.S. District Judge.

**IT IS HEREBY ORDERED** that the provisions of the Local Rule for Pretrial Discovery and Inspection in Criminal Cases (CDIL-LR 16.1) is incorporated by reference herein.

ENTER this 2nd day of July, 2008

S/Thomas J. Shields

THOMAS J. SHIELDS
U.S. MAGISTRATE JUDGE

08-40037 Shelton SO JBM 062708.wpd